UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JIMMY LEE DAVIS                                                          PLAINTIFF

V.                                               CIVIL ACTION NO.: 4:10-CV-96-DPJ-FKB

SGT. UNKNOWN COTTON, WARDEN BART GRIMES,
WARDEN DALE CASKEY, J. THOMAS AND
C.O.R. GRADY                                                           DEFENDANTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the

United States Magistrate Judge, after referral of hearing by this Court. The Court, having fully

reviewed the unopposed Report and Recommendation of the United States Magistrate Judge

entered in this cause, and being duly advised in the premises, finds that said Report and

Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States

Magistrate F. Keith Ball be, and the same is hereby, adopted as the finding of this Court.  The

Court defers ruling on Defendants' motion for summary judgment [19], but grants Defendants'

alternative request to revoke Plaintiff's *in forma pauperis* status [19].  Plaintiff is given until

August 29, 2011 to pay the entire $350.00 filing fee.  If he fails to pay the entire filing fee, this

action will be dismissed without prejudice without further notice.[1]

**SO ORDERED AND ADJUDGED** this the 28th day of July, 2011.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1]  As suggested by Judge Ball, if Plaintiff pays the filing fee, Defendants are instructed to
supplement their motion for summary judgment with affidavit testimony addressing Plaintiff's
allegations that he submitted a complaint under the "sensitive ARP" process and pertinent
documentary evidence, if any.